# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SUSAN ANN SHUAIB and AMIR SHUAIB,

      Plaintiffs,

vs.

SMITH'S FOOD & DRUG CENTERS, INC.,

      Defendant.

Case No. 2:15-cv-01224-MMD-GWF

**ORDER**

This matter is before the Court on Defendant's failure to file a Statement in Removal. The Minutes of the Court (#3) dated June 26, 2015, required the party removing the action to this court to file a Statement in Removal no later than fifteen (15) days of the minute order. To date, Defendant has not complied. Accordingly,

**IT IS ORDERED** counsel for the Defendant shall file a Statement in Removal which fully complies with the Minutes of the Court (#3) no later than **August 3, 2015**. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 22nd day of July, 2015.

                                                  _____
                                                  GEORGE FOLEY, JR.
                                                  United States Magistrate Judge