# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SUSAN ANN SHUAIB and AMIR SHUAIB,

        Plaintiffs,

vs.

SMITH'S FOOD & DRUG CENTERS, INC.,

        Defendant.

Case No. 2:15-cv-01224-MMD-GWF

**ORDER**

This matter is before the Court on the parties' failure to file a joint pretrial order required by LR 26-1(e)(5). The Discovery Plan and Scheduling Order (#14) filed August 24, 2015, required the parties to file a joint pretrial order required by LR 26-1(e)(5) no later than March 4, 2016. There are no dispositive motions pending. To date, the parties have not complied. Accordingly,

**IT IS ORDERED** that

1. Counsel for the parties shall file a joint pretrial order which fully complies with the requirements of LR 16-3 and LR 16-4 no later than **March 21, 2016**. Failure to timely comply will result in the imposition of sanctions up to and including a recommendation to the District Judge that the complaint be dismissed for plaintiff's failure to prosecute. See Fed. R. Civ. P. 41(b).

2. The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the pretrial order.

DATED this 9th day of March, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge